In the Matter of the Claim of MARTIN WALKER, Respondent, against CALVARY ENGLISH EVANGELICAL LUTHERAN CONGREGATION OF THE U. C. A. and THE CENTURY INDEMNITY Co., Appellants. STATE INDUSTRIAL BOARD, Respondent. —

The claimant was engaged in his regular duties as a pastor of his church and was on his way to make sick calls when injured. The evidence supports the award and shows that he was engaged in his occupation at the time of injury and that the injury arose out of and in the course of his employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.